IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | No. 02-7436 |
| ASTHMA DISEASE MANAGEMENT, INC., : <br> GEORGE H. YOUNG, RICHARD A. MANINI, : <br> RICHARD B. ANDERSON, and COLLEEN ERIN : <br> KELLY BISHOP, : | |
| Defendants. : | |

## O R D E R

**AND NOW**, this 11th day of May, 2012, upon consideration of the Petition to Withdraw as Counsel for Defendants, Asthma Disease Management, Inc., George H. Young, Richard A. Manini, Richard B. Anderson, and Colleen Erin Kelly Bishop (Doc. No. 23), filed by the law firm of Klehr, Harrison, Harvey & Branzburg, LLP, and Michael K. Coran, Esq., the Response of Plaintiff, the Securities and Exchange Commission ("SEC"), and the Sur-Reply of the SEC, it is hereby **ORDERED** that said Petition is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE